(C.D. 3013)

AIRESEARCH MANUFACTURING COMPANY v. UNITED STATES

United States Customs Court, Second Division

(Decided May 24, 1967)

*Stein & Shostak* for the plaintiff.
*Carl Eardley*, Acting Assistant Attorney General, for the defendant.

Before RAO and FORD, Judges

FORD, Judge: The suits listed in schedule "A," annexed hereto and made a part hereof, have been submitted on a written stipulation reading as follows:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto, subject to the approval of the

Court, as to merchandise covered by the protests enumerated in the annexed Schedule which is incorporated herein:

1. That the merchandise represented by the items marked "A" and initialed ACM by Arthur C. Mitz on the invoices accompanying the entries covered by the protests enumerated in the attached Schedule, assessed with duty at $13\frac{3}{4}\%$ or $12\frac{1}{2}\%$ ad valorem under Par. 353 of the Tariff Act of 1930 as modified, consists of parts of air data computers for F–104 aircraft, similar in all material respects to the merchandise the subject of *Railway Express Agency, Inc. a/c Airesearch Manufacturing Co.* v. *United States*, 55 Cust. Ct. 328, C.D. 2598, affirmed on rehearing 57 Cust. Ct. 304, C.D. 2797, Advance Treasury Decisions, Vol. 101, No. 44, page 40, wherein said merchandise was held properly dutiable as parts of airplanes at only $12\frac{1}{2}\%$ ad valorem under Par. 370 of the Tariff Act of 1930 as modified, which rate was reduced to 11% ad valorem as to merchandise entered after June 30, 1962, by T.D. 55615 and T.D. 55816.

2. That the records in C.D. 2598 and C.D. 2797 may be incorporated with the record in this case.

3. That these protests may be deemed submitted on this stipulation and the record thus made.

Accepting the foregoing stipulation of facts and following the authority cited, *Railway Express Agency, Inc., a/c Airesearch Manufacturing Co.* v. *United States*, 55 Cust. Ct. 328, C.D. 2598, affirmed on rehearing, *Same* v. *Same*, 57 Cust. Ct. 304, C.D. 2797, we find and hold the items of merchandise marked "A" and initialed ACM on the invoices by Examiner Arthur C. Mitz to be properly dutiable as parts of airplanes at the rate of $12\frac{1}{2}$ per centum ad valorem under paragraph 370, Tariff Act of 1930, as modified by the Sixth Protocol of Supplementary Concessions to the General Agreement on Tariffs and Trade, 91 Treas. Dec. 150, T.D. 54108, or at the rate of 11 per centum ad valorem under paragraph 370, Tariff Act of 1930, as modified by T.D. 55615 or T.D. 55816, depending upon date of entry.

To the extent indicated the specified claim in these suits is sustained; in all other respects and as to all other merchandise all the claims are overruled.

Judgment will be entered accordingly.